UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN LOPEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KMART CORPORATION,<br><br>　　　　Defendant. | Case No.  15-cv-01089-JSC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court has reviewed the parties' Joint Case Management Conference Statement (Dkt. No. 29).  Upon the parties' request, the case management conference is continued to **April 21, 2016 at 1:30 p.m.**  All of the case deadlines will be set at that time.  In addition, the parties are directed to engage in private mediation on or before April 7, 2016.

**IT IS SO ORDERED.**

Dated: November 30, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge